# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HORACE HARRIOTT JR., | : No. 121 MM 2014 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, AND PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.